UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DAVID J. SCHMITT, SR. | ) | CASE NO. 10-73880 |
| LINDA A. SCHMITT | ) | |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF WITHDRAWAL

THIS MATTER coming before the court on the document filed 2/27/2014, Notice of Cure of All Pre-Petition Mortgage Obligation, docket #85 filed by Lydia S. Meyer, the standing Chapter 13 Trustee for the Northern District of Illinois, Western Division, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that said Notice of Cure of All Pre-Petition Mortgage Obligation, docket #85 be and the same is hereby withdrawn.

/s/Lydia S. Meyer
LYDIA S. MEYER, Trustee

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL  61105-4127
Telephone:  815/968-5354
Fax:  815/968-5368